# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEITH AMEYAW,**

        **Plaintiff,**

v.

**DELAWARE COUNTY COMMISSIONERS,** *et al.*,

        **Defendants.**

Case No. 2:21-cv-5039
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter came before the Court on Plaintiff's Unopposed Motion to Dismiss Defendants Delaware County, Delaware County Commissioners Jeff Benton, Barb Lewis, and Gary Merrell, and Deputy Russell Martin. (ECF No. 41.) Plaintiff indicates that he no longer intends to pursue his claims against these Defendants, and therefore requests that the Court dismiss them as parties pursuant to Rule 21 of the Federal Rules of Civil Procedure. Plaintiff's unopposed motion is hereby **GRANTED** and said Defendants are **DISMISSED** as requested. (ECF No. 41.)

The Clerk is **DIRECTED** to remove Defendants Delaware County Commissioners, County of Delaware, and Deputy Russell Martin as a defendants in this action. Plaintiff's claim against Defendant Jesse Rodriguez-Lipps remains pending.

**IT IS SO ORDERED.**

**6/6/2023**                           **s/Edmund A. Sargus, Jr.**
**DATE**                             **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**