**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **KEITH AMEYAW,** | Case No. 2:21-cv-5039 |
| | **JUDGE EDMUND A. SARGUS, JR.** |
| Plaintiff, | Magistrate Judge Kimberly A. Jolson |
| v. | |
| **DELAWARE COUNTY COMMISSIONERS, et al.,** | |
| Defendants. | |

## ORDER

This matter is before the Court on the Unopposed Motion for Plaintiff to Attend Conference Remotely. (ECF No. 45.) The conference to which this motion is directed has been vacated. Thus, the Court hereby **DENIES AS MOOT** Unopposed Motion for Plaintiff to Attend Conference Remotely. (ECF No. 45.) This case remains open.

**IT IS SO ORDERED.**


**8/28/2023**                                s/Edmund A. Sargus, Jr.
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**